Mercantile Bank *v.* Tennessee and Shelby County, No. 677, by stipulation, abides the event of the foregoing case.